UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
KEVIN CAHILL, ) 4:09CR00497 HEA
)
Defendant. )



FILED
AUG - 6 2009
U. S. DISTRICT COURT
E DIST. OF MO.
ST. LOUIS

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about March 30, 2009 in the City of St. Louis, within the Eastern District of Missouri,

**KEVIN CAHILL,**

the defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1); and

The quantity of cocaine base (crack) involved in the offense was in excess of five grams and therefore punishable under Title 21, United States Code, Section 841(b)(1)( B)(iii).

### COUNT II

The Grand Jury charges that:

On or about March 30, 2009 in the City of St. Louis, within the Eastern District of Missouri,

**KEVIN CAHILL,**

the defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime, which may be prosecuted in a court of the United States, to wit: possession of a controlled substance with intent to distribute as set forth in Count I of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT III

The Grand Jury charges that:

On or about March 30, 2009 in the City of St. Louis, within the Eastern District of Missouri,

**KEVIN CAHILL**

the defendant herein, did possess in and affecting interstate commerce a firearm, that is, a Smith & Wesson make, 15-3 model, .38 Special revolver, and the defendant had previously been convicted of one or more felony crimes punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri.

In violation of Title 18, United States Code, Section 922(g)(1) and punishable under 924 (a)(2).

A TRUE BILL.

_____
FOREPERSON

MICHAEL W. REAP
Acting United States Attorney

_____
Eliza F. Williams, #5200580
Assistant United States Attorney