UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09CR497 HEA |
| | ) |
| KEVIN CAHILL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that a hearing on the Ex Parte Motion [Doc. #117] filed by Kevin Cahill is set in this matter for Thursday, March 10, 2011, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 4th day of March, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE